# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Ali F. Brown,                          :
                                       :
                    Petitioner         :
                                       :
        v.                             :   No. 262 C.D. 2017
                                       :
Pennsylvania Board of Probation        :
and Parole,                            :
                    Respondent         :


**PER CURIAM**                    **O R D E R**


    **NOW**, March 20, 2018, it is ordered that the above-captioned Memorandum Opinion, filed December 14, 2017, shall be designated OPINION and shall be REPORTED.